<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| BRITTANY CERRATO, on behalf of herself and all others similarly situated, | Civil Case No.: 3:19-cv-09448-MAS-LHG |
| Plaintiff(s), | |
| -against- | MOTION FOR DEFAULT JUDGMENT |
| SEABOARD CORPORATE SERVICES, LLC and PATRICIA TUOHY and JOHN DOES 1-25, | |
| Defendant(s). | |

Pursuant to Fed. R. Civ. P. 55(b)(2) Brittany Cerrato, individually and on behalf of all those similarly situated ("Plaintiff") hereby request the court to enter an order of default judgment against Seaboard Corporate Services, LLC and Patricia Tuohy. In support of this request, Plaintiff affirms that the parties against whom the judgment is sought:

1. are not an infant or incompetent person;
2. are not in the military service;
3. were properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;
4. have defaulted in appearance in the above captioned action.

Dated: October 21, 2019

<div style="margin-left:40%">

*s/ Ben A. Kaplan*
Ben A. Kaplan, Esq. (NJ. Id. No. 0337712008)
CHULSKY KAPLAN LLC .
280 Prospect Ave. 6G
Hackensack, NJ 07601
(877) 827-3395 ex 102 telephone
(877) 827-3394 facsimile
Ben@chulskykaplanlaw.com

</div>